**HGI ASSOCIATES, INC.,**
Plaintiff–Appellant,

v.

**MICROSOFT CORPORATION, A Washington corporation, Microsoft Licensing, Inc., A Nevada corporation,** Defendants–Appellees.

No. 06–16347.

United States Court of Appeals,
Eleventh Circuit.

Feb. 19, 2008.

Michael Laurence Feinstein, Michael L. Feinstein, P.A., Fort Lauderdale, FL, for Plaintiff–Appellant.

Steven L. Brannock, Richard C. Hutchison, Holland & Knight, LLP, Tampa, FL, for Defendants–Appellees.

Before TJOFLAT, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

This is an appeal from an order granting the defendants summary judgment. The plaintiff contends that the district court erred:

1) in holding that res judicata barred its claim for punitive damages; and

2) in holding that collateral estoppel barred its claim for compensatory or punitive damages.

After hearing oral argument, we conclude that the court committed no error in granting the defendants summary judgment.

**AFFIRMED.**